Fill in this information to identify the case:

Debtor name: **Aventura Hotel Properties, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF FLORIDA**

Case number (if known):

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Barmello Ajamil & Partners, Inc.**<br>2601 S Bayshore Drive, Suite 1000<br>Miami, FL 33133 | | | | | | $426,557.00 |
| **Miami-Dade County Tax Collector**<br>200 NW 2nd Ave<br>Miami, FL 33128 | | 2018 ($202,692) and 2019 ($219,900) Property Taxes | | $422,592.00 | $0.00 | $422,592.00 |
| **OHL Building, Inc.**<br>9675 NW 117th Ave Suite 108<br>Miami, FL 33178 | | | | | | $290,892.00 |
| **Hospitality House**<br>405 Lexington Avenue<br>New York, NY 10174 | | | | | | $75,000.00 |
| **Studio 5 Design**<br>116 Maderia Ave<br>Miami, FL 33134 | | | | | | $63,320.00 |
| **Wilson Associates**<br>3811 Turtle Creek Blvd, Suite 1600<br>Dallas, TX 75219 | | | | | | $52,903.00 |
| **Next Legal**<br>1395 Brickell Avenue Suite 950<br>Miami, FL 33131 | | | | | | $44,571.00 |
| **Banyan Street Capital**<br>80 SW 8th Street Suite 2200<br>Miami, FL 33130 | | | | | | $40,000.00 |
| **Republica Havas**<br>2153 Coral Way<br>Miami, FL 33145 | | | | | | $40,000.00 |

Debtor **Aventura Hotel Properties, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Private Advising Group**<br>600 Brickell Avenue<br>Miami, FL 33130 | | | | | | $12,544.00 |
| **American Regional Center Group**<br>14 NE 1st Avenue<br>Suite 1400<br>Miami, FL 33130 | | | | | | $10,000.00 |
| **Greenberg Traurig, P.A.**<br>333 SE 2nd Ave.<br>Suite 4400<br>Miami, FL 33131 | | | | | | $9,974.00 |
| **Landauer Valuation & Advisory**<br>5901 SW 74th Street #306<br>Miami, FL 33143 | | | | | | $7,745.00 |
| **Windels Mark Lane & Mittendorf**<br>156 W 56th St<br>New York, NY 10019 | | | | | | $7,740.00 |
| **Morrison Brown**<br>1450 Brickell Avenue<br>18th Floor<br>Miami, FL 33131 | | | | | | $4,445.00 |
| **HVS**<br>8925 SW 148 Street<br>Ste 216<br>Miami, FL 33176 | | | | | | $4,000.00 |
| **Miami Dade County**<br>111 NW 1st Street, Suite 710<br>Miami, FL 33128-1984 | | | | | | $3,963.00 |
| **East Everglades Landscaping**<br>3590 NW 79th Street<br>Miami, FL 33147 | | | | | | $900.00 |
| **21 Brands S.A.**<br>200 S. Biscayne Blvd.<br>#2720<br>Miami, FL 33131 | | | | Unknown | Unknown | Unknown |
| **City of Miami**<br>444 SW 2 Ave<br>Miami, FL 33130 | | Notice Only | | | | Unknown |