**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| **AVENTURA HOTEL PROPERTIES, LLC,** | Case No. 21-12374-BKC-RAM |
| **TRIPTYCH MIAMI HOLDINGS, LLC,** | Case No. 21-12375-BKC-RAM |
| Debtors. _____/ | Jointly Administered Under Case No. 21-12374-BKC-RAM |

**NOTICE OF ADDITIONAL APPEARANCE AND REQUEST FOR**
**SERVICE OF PAPERS AND ELECTRONIC NOTIFICATION**

**PLEASE TAKE NOTICE** that Barry P. Gruher, Esq., (along with Jesus M. Suarez, Esq. and the law firm of Genovese Joblove & Battista, P.A. (the "GJB Law Firm"), hereby enters his appearance as counsel on behalf of Debtors, Aventura Hotel Properties, LLC ("AHP") and Triptych Miami Holdings, LLC ("TMH," and collectively, the "Debtors"). In accordance with Bankruptcy Rule 2002 and Local Rule 2002-1 all parties are requested to serve copies of any and all motions, pleadings, reports and/or documents of any kind filed in these proceedings, whether filed by the Court, the Debtors, or any other party in interest, upon said counsel.

In addition, it is respectfully requested that pursuant to Rule 2002(g), the following be added to the Court's Mailing Matrix:

**Barry P. Gruher, Esq.**
**Genovese Joblove & Battista, P.A.**
**200 East Broward Blvd, Suite 1110**
**Fort Lauderdale, FL 33301**
**Tel: (954) 453-8000**
**Fax: (954) 453-8010**
**Email: bgruher@gjb-law.com**

**Dated this 13th day of August, 2021.**

Respectfully Submitted,

**GENOVESE JOBLOVE & BATTISTA, P.A.**
*Counsel for the Debtor-in-Possession*
100 SE 2nd Street, 44th Floor
Miami, FL 33131-2100
Telephone: (305) 349-2300
Facsimile: (305) 349-2310

By:   /s/ *Barry P. Gruher*
      Barry P. Gruher, Esq.
      Fla. Bar No. 960993
      bgruher@gjb-law.com
      Jesus M. Suarez, Esq.
      Fla. Bar No. 60086
      jsuarez@gjb-law.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Appearance has been served upon all creditors and parties registered to receive electronic notice via CM/ECF Notification on this  13th  day of August, 2021.

By: /s/ Barry P. Gruher
     Barry P. Gruher, Esq.